# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-64517-BEM |
| DARYL SHON ANDERSON SR. § | |
| TAWANNA LYNN ANDERSON § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13**

Name of Transferee

America's Servicing Company as servicing agent for Deutsche Bank National Trust Company, as trustee for First Franklin Mortgage Loan Trust 2006-FF13 Mortgage Pass-Through Certificate, Series 2006-FF13

Name of Transferor

Name and Address where notices to transferee should be sent:

 **Specialized Loan Servicing LLC**
 **8742 Lucent Blvd, Suite 300**
 **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 13-1
Amount of Claim: $233,931.73
Date Claim Filed: 12/09/2015

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx7909**

Phone: 888-381-7953
Last Four Digits of Acct #: 5386

Name and Address where transferee payments should be sent (if different from above):

 Specialized Loan Servicing LLC
 PO Box 636007
 Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx7909**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Kussmaul     Date: 10/13/2016
 Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 13, 2016 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Daryl Shon Anderson, Sr.
2460 Bangor Court
Snellville, GA 30078


**Co-Debtor**     *Via U.S. Mail*
Tawanna Lynn Anderson
2460 Bangor Court
Snellville, GA 30078

**Debtors' Attorney**
Howard P. Slomka
Slomka Law Firm
2nd Floor
1069 Spring Street, NW
Atlanta, GA 30309


**Chapter 13 Trustee**
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

                    Respectfully Submitted,

                    /s/ Andrew Kussmaul
                    Andrew Kussmaul